UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

53761
MORTON & CRAIG, LLC
William E. Craig, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

In Re:
DONALD J. MELIADO, JR.

Case No.: 22-17467

Judge: RG

Chapter: 13

Recommended Local Form:  ☑ Followed   ☐ Modified

## CREDITOR'S CERTIFICATION OF DEFAULT

Ashley Young does hereby certify as follows:

1. I am a __Bankruptcy Specialist__ for __Santander Consumer USA__, a secured creditor of the debtor.

2. On __7/6/23__, an Order issued from this Court, a copy of which is attached hereto as an exhibit, providing for the cure of post-petition arrearages, and in default of such monthly payments for a thirty (30) day period, allowing the secured creditor ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

    ☑ by missing payments and/or by failing to make the correct payments as summarized on the annexed schedule "A". (Local Form 16 or 16A).

    ☐ Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify the above facts to be true. I am aware that if the above facts are willfully false, I am subject to punishment.

Dated: 8/9/2023

/s/ _____
Signature

*Rev. 7/1/04; jml*

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. 9004-1(b)
53761

MORTON & CRAIG, LLC
William E. Craig, Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.
```

| In Re: | Case No.: | 22-17467 |
|---|---|---|
| DONALD J. MELIADO, JR. | Hearing Date: | |
| | Chapter: | 13 |
| | Judge: | RG |

## CERTIFICATION OF CREDITOR
## REGARDING POST PETITION PAYMENT HISTORY
## (VEHICLE LOAN/LEASE)

Ashley Young, employed as Bankruptcy Specialist by Santander Consumer USA Inc., hereby certifies the following:

Vehicle lender/lessor: Santander

Vehicle description: 2015 Toyota RAV4

**POST-PETITION PAYMENTS RECEIVED** (Petition filed on _____ Order of 7/6/23 _____)

| | Amount due | Date Payment due | Date payment received | Amount received | How payment applied (mo/yr) | Type of payment (See Legend below) |
|---|---|---|---|---|---|---|
| 1. | $ 3,271.44 | 5/15/23 | | | | |
| 2. | $ 408.93 | 6/13/23 | | | | |
| 3. | $ 408.93 | 7/13/23 | | | | |
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

| Amount due | Date Payment due | Date Payment received | Amount Received | How Payment applied (mo/yr) | Type of Payment (See Legend below) |
|---|---|---|---|---|---|
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. | | | | | |
| 12. | | | | | |
| TOTAL: $ 4,089.30 | | | $ 0.00 | | |

[Continue on attached sheets if necessary]

Monthly payments past due at $_____ per month from _____ to _____ : $ 4,089.30

Plus miscellaneous amounts due:

    Late Charges:    $ _____
    Repossession fees:    $ _____
    Extension fees:    $ _____
    Other:    $ _____

**TOTAL POST-PETITION PAST DUE**.......................... $ _____4,089.30_____

Pre-petition arrears: _____ to _____
( _____ months x $ _____ per month = $ 0.00 )

**Legend:** MP = monthly payment; EXF = Extension fee; LC = Late Charge; O = Other *specify other payments received

I certify under penalty of perjury that the above is true.

Date: 8/9/2023_____    _____
                                                                             Signature

rev.8/1/15