UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

53761
Morton & Craig LLC
110 Marter Ave., Suite 301
Moorestown, NJ 08057
Attorney for Santander Consumer USA Inc.

In Re:

DONALD J. MELIADO, JR.

Order Filed on July 6, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case number: 22-17467

Adv. No.

Hearing Date: 5-3-2023

Judge: (RG)

**ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES**

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

DATED: July 6, 2023

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

(Page 2)

Debtor: Donald J. Meliado, Jr.

Case No: 22-17467

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion for Stay Relief filed by William E. Craig, Esq., attorney for Santander Consumer USA Inc., with the appearance of Michael McLaughlin, Esq. on behalf of the debtor, and this Order having been filed with the Court and served upon the debtor and his attorney under the seven-day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. That Santander Consumer USA Inc. ("Santander") is the holder of a first purchase money security interest encumbering a 2015 Toyota Rav4 bearing vehicle identification number 2T3DFREV3FW347156.

2. That the debtors account has arrears through May 2023 in the amount of $3,271.44, the debtor is to cure this arrearage by May 15, 2023 or Santander shall be entitled to stay relief upon filing a certification of default with the court and serving it on the debtor, his attorney, and the chapter 13 trustee.

3. That beginning with his June 2023 payment, the debtor is to make each monthly payment directly to Santander Consumer USA Inc. under the terms of the retail installment contract. If the debtor fails to make any monthly payment to Santander within thirty (30) days after each payment falls due, Santander shall be entitled to stay relief upon filing a certification of default with the court and serving it on the debtor, his attorney, and the chapter 13 trustee.

**(Page 2)**

Debtor: Donald J. Meliado, Jr.

Case No:  22-17467

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

4. That the debtor must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Santander Consumer USA Inc. must be listed as loss payee.  If the debtor fails to maintain valid insurance on the vehicle, Santander shall be entitled to stay relief upon filing a certification that insurance has lapsed and serving such certification on the debtor, his attorney, and the chapter 13 trustee.

5. That the debtor is to pay Santander a counsel fee of $438.00 through his chapter 13 bankruptcy plan.